UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO.  05-0330M-01 (CR) |
| **LARNELL E. SEENEY,** | : | VIOLATIONS: 21 U.S.C.§841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(ii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 500 Grams or More of Cocaine); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Heroin); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Methamphetamine); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 21 U.S.C. §853 |
| | : | (Criminal Forfeiture) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about June 7, 2005, within the District of Columbia, **LARNELL E. SEENEY**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

### COUNT TWO

On or about June 7, 2005, within the District of Columbia, **LARNELL E. SEENEY**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

(**Unlawful Possession with Intent to Distribute 500 Grams or More of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii))

### COUNT THREE

On or about June 7, 2005, within the District of Columbia, **LARNELL E. SEENEY**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT FOUR

On or about June 7, 2005, within the District of Columbia, **LARNELL E. SEENEY**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(**Unlawful Possession with Intent to Distribute Methamphetamine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT FIVE

On or about June 7, 2005, within the District of Columbia, **LARNELL E. SEENEY**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count

One, Two, Three, and Four of this Indictment which are incorporated herein, a firearm, that is, a Bryco Jennings 9mm pistol.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## FORFEITURE ALLEGATION

A.  The violations alleged in Counts One thru Five of this Indictment are realleged and incorporated by reference herein.

B.  As a direct or indirect result of said violations, the defendant charged in this Indictment, did obtain property which constitutes and was derived from the proceeds of said violations and/or was used or intended to be used, to commit, or to facilitate the commission of said violations, which property is subject to forfeiture to the United States, including but not limited to the following:

<u>Currency</u>

(a) $8,000 in United States currency recovered a plastic bag in the laundry next to the defendant's bedroom;

(b) $4,250 in United States currency recovered in closet "a" in the defendant's bedroom;

(c) $1,320 in United States currency recovered in a water jug in the defendant's bedroom;

(d) $136 in United States currency recovered from the defendant's wallet;

(e) $14,028.68 in United States currency was seized in the defendant's bank account; and

<u>Firearm and Related Property</u>

(f) one Bryco Jennings 9mm pistol loaded with six rounds of ammunition.

By virtue of the commission of the felony offense charged in Counts One thru Five of this Indictment

by the defendant(s) charged in this Indictment, any and all interest that the defendant(s) have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of any defendant or defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of any property listed above as being subject to forfeiture.

(**Criminal Forfeiture**, in violation of Title 21, United States Code, Section 853)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.