UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| V | : | **CRIMINAL NO. 05-256 (RWR)** |
| | : | |
| **LARNELL SEENEY,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

WHEREUPON, having considered the Defendant's Motion for Review and Modification of Conditions of Release, the Government's Objection thereto, and the record before the Court, it is hereby

**ORDERED**, that the motion is DENIED.

_____     _____
DATE                                UNITED STATES DISTRICT JUDGE


Copies to:

Lionel Andre, AUSA
555 4TH Street, NW
Washington, DC 20530

Harry Tun, Esquire
400 Fifth Street, N.W., Suite 300
Washington, DC  20001