IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA        ) | |
| )                             | Criminal No. 05-256 (RWR) |
| v.                              ) | |
| )                             | Status Date: 8/29/2005 |
| LARNELL SEENEY                  ) | |

## ORDER

Upon consideration of Defendant Seeney's Motion to Suppress all Tangible Evidence and Incorporated Memorandum of Points and Authorities in Support Thereof, and any opposition, it is this _____ day of_____ 2005, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Harry Tun, Esq.
Daniel K. Dorsey, Esq.
400 Fifth Street, NW
Suite 300B
Washington, DC  20001

Lionel Andre, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20530