**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-256 (RWR) |
| v. ) | |
| ) | Status Date: 8/29/2005 |
| LARNELL SEENEY ) | |

**DEFENDANT SEENEY'S SUPPLEMENTAL MOTION TO SUPRESS**
**ALL TANGIBLE EVIDENCE WITH EXHIBITS A & B**

Defendant Larnell Seeney ("Seeney"), by and through undersigned counsel, submits this supplemental Motion with the exhibits A & B. In support of this Motion, Mr. Seeney states as follows:

Undersigned counsel electronically submitted the Motion to Suppress and inadvertently forgot to attached Exhibits A & B. Accordingly, attached hereto are the Exhibits A & B referred to in the Motion to Suppress.

Respectfully Submitted,

_____
Harry Tun, DC Bar #416262
Daniel K. Dorsey, DC Bar #430057
400 Fifth Street, N.W., Suite 300
Washington, DC 20001
(202) 393-2882

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August 2005, a copy of the foregoing Motion to be delivered by electronic e-mail to Lionel Andre, Assistant United States Attorney, Narcotics Section, 555 Fourth Street, N.W. #4210, Washington, D.C. 20530.

_____
Harry Tun, Esquire