```
MCIS0505           SUPERIOR COURT OF THE DISTRICT OF COLUMBIA        08/23,
  C1KTR                 CRIMINAL INFORMATION SYSTEM                   PAGE:
                             SUMMARY BY PDID
```

DEFENDANT NAME: SEENEY, LARNELL B
   PDID: 0424217

| CASE NO | | CHARGE | OFFENSE DATE | CONT/DISP DATE | BW | C/D | CONT/DISP |
|---------|---|--------|--------------|----------------|-----|-----|-----------|
| M0005198 | A | UCSA PWID MARIJUANA | 01 01 98 | 01 02 98 | | D | NO PAPERED |
| M0005198 | B | UCSA POSS MARIJUANA- | 01 01 98 | 06 15 98 | | D | NOLLE PROSE |
| M0198700 | A | REC STOLEN GOODS(MIS | 02 01 00 | 02 23 00 | | D | NO PAPERED |
| F0145298 | A | UCSA DIST. COCAINE | 02 24 98 | 03 11 98 | | D | INDICTED |
| F0145298 | B | UCSA DIST. COCAINE | 02 24 98 | 08 19 98 | | D | DISMISSED F |
| F0804796 | A | UCSA DIST. COCAINE | 09 12 96 | 10 10 96 | | D | INDICTED |
| F0804796 | B | UCSA DIST. COCAINE | 09 12 96 | 05 20 98 | | D | VERDICT NOT |
| F0166196 | A | UUA | 02 27 96 | 02 27 96 | | D | NO PAPERED |
| F1122194 | A | UCSA PWID COCAINE | 11 14 94 | 12 15 94 | | D | MISDEMEANOR |
| F1122194 | B | UCSA POSS COCAINE-MI | 11 14 94 | 05 05 95 | | D | DISMISSED F |
| F0131394 | A | UCSA PWID COCAINE | 02 16 94 | 02 24 94 | | D | INDICTED |
| F0131394 | B | UCSA P W/I D COCAINE | 02 16 94 | 04 08 94 | | D | PLEA TO LES |

```
NEXT:                  CASE:                    KEY:
PLACE CURSOR UNDER CASE NO AND PRESS PF2 TO SEE DETAILS
PF2 ==> COUNT DETAILS  PF10 ==> CASE BROWSE
```