UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| V. | : | CRIMINAL NO. 05-256 (RWR) |
| | : | |
| **LARNELL SEENEY,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

Upon consideration of the Government's Motion in Limine Seeking Admission of Evidence Pursuant to Federal Rule of Evidence 404(b), the Defendant's Opposition thereto, and the record herein, it is this _____ day of _____, 2005, hereby

ORDERED, that the Government's Motion be Granted.

_____
RICHARD W. ROBERTS
United States District Judge

cc:

Lionel André, Esq.
Assistant U.S. Attorney
Narcotics Section
555 4th Street, N.W. – Room 4210
Washington, D.C. 20530

Harry Tun, Esquire
400 5th Street, N.W., Suite 300
Washington, D.C. 20001