UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 05-256 (RWR) |
| : | |
| LARNELL E. SEENEY, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S MOTION TO DISMISS COUNT FOUR OF INDICTMENT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the Court dismiss Count Four of the five-count indictment filed in the above-captioned case. As grounds for this request, the Government states as follows:

On June 7, 2005, members of the ATF-HIDTA Task Force executed a D.C. Superior Court search warrant at house owned by defendant's mother. When the Task Force officers entered the residence, they found defendant Larnell Seeney in the basement. The officers secured the premises and conducted their search. During their search, the police found over 600 grams of cocaine, 52 grams of Heroin, 5 grams of what they believed to be Methamphetamine and a loaded 9 mm semi-automatic pistol in the basement. Defendant Seeney was subsequently indicted in a five-count indictment with: (1) Unlawful Possession with Intent to Distribute 50 grams or More of Cocaine of Cocaine Base, (2) Unlawful Possession with Intent to Distribute 500 grams or More of Cocaine, (3) Unlawful Possession with Intent to Distribute Heroin, (4) Unlawful Possession with Intent to Distribute Methamphetamine, and (5) Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense. The controlled substances that were seized from defendant Seeney were

submitted for analysis at the Drug Enforcement Administration's Mid-Atlantic Laboratory for analysis. Results of that analysis reflect that the seized drugs which were suspected of being Methamphetamine (as charged in Count Four of the indictment) were in fact additional Heroin Hydrochloride instead of Methamphetamine. Accordingly, Count Four of the indictment must be dismissed.[1]

        Respectfully Submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY

        _____
        Lionel Andre
        Assistant United States Attorney
        D.C. Bar Number 422534
        Narcotics Section
        555 4th Street, N.W. – Room 4210
        Washington, D.C. 20001
        (202) 353-2481

---

[1] This additional Heroin Hydrochloride, which was first believed to be Methamphetamine, does not impact Count Three of the indictment - - which charges defendant Seeney with Unlawful Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), because the total amount of Heroin is still under 100 grams. Thus, the government does not anticipate the need to file a Superseding indictment in the instant case.