UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-256 (RWR) |
| | : | |
| **LARNELL E. SEENEY,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

Upon consideration of the government's Motion to Dismiss Count Four of the Indictment, it is this _____ day of September, 2005, hereby

**ORDERED** that Count Four of the indictment in the above-captioned case is dismissed.

_____
Richard W. Roberts
United States District Judge

cc:

Lionel Andre, Esq.
Assistant U.S. Attorney
Narcotics Section
555 4th Street, N.W. – Room 4210
Washington, D.C. 20530

Harry Tun, Esquire
Daniel K. Dorsey, Esquire
400 5th Street, N.W.
Suite 300
Washington, D.C. 20001