```
              IN THE
   UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLUMBIA

              * * *
```

**UNITED STATES OF AMERICA**    )
                                )
       **Plaintiff;**    )
                                )
       v.              ) CR NO 05-0256 (RWR)
                                )
                                )
**LARNELL E. SEENEY,**           )
                                )
       **Defendant.**     )

---

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

              Respectfully submitted,

              A.J. KRAMER
              FEDERAL PUBLIC DEFENDER

                    /S/
              By:_____
              MARY M. PETRAS
              Assistant Federal Public Defender
              625 Indiana Avenue, N.W., Suite 550
              Washington, D.C.  20004
              (202) 208-7500

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served this 31ST day of August 2005 upon BARRY WIEGAND, Office of the United States Attorney for the District of Columbia, 555 Fourth Street., N.W., Washington, D.C. 20538.

                    /S/
              By:_____
              MARY M. PETRAS