UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-256 (RWR)** |
| | : | |
| **LARNELL SEENEY,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## **ORDER**

Having reviewed Defendant Larnell Seeney's motions to suppress physical evidence and to disclose information about the confidential informant, and the Government's Opposition thereto, the Court hereby rules as follows:

The Defendant's Motions to suppress physical evidence and to disclose information about the confidential informant are DENIED.

IT IS SO ORDERED.


_____         _____
DATE                                                                    RICHARD W. ROBERTS
                                                                                 UNITED STATES DISTRICT JUDGE


Copies to:

Lionel Andre, AUSA
555 4TH Street, NW
Washington, DC 20530

Harry Tun, Esquire
400 Fifth Street, N.W., Suite 300
Washington, DC 20001