IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-256 (RWR) |
| v. ) | |
| ) | |
| LARNELL SEENEY ) | |

**ORDER**

Upon consideration of government's Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b), Defendant's Opposition thereto, and the record of the evidentiary hearing in this matter, it is this ____ day of _____, 2005, hereby

**ORDERED,** that this Motion is **DENIED**; and it further

**ORDERED,** that the prosecution shall be barred from introducing evidence of Mr. Seeney's prior conviction at the trial in this case.

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Harry Tun, Esq.
Daniel K. Dorsey, Esq.
400 Fifth Street, NW
Suite 300
Washington, DC  20001

Lionel Andre, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20530