# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO. 05-256 (RWR)** |
| | **:** | |
| | **:** | |
| **LARNELL SEENEY,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | |

### GOVERNMENT'S MOTION FOR LEAVE TO LATE FILE GOVERNMENT'S SUPPLEMENTAL MOTION TO ADMIT OTHER CRIMES EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 404(B)

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court to grant it leave to file the attached Supplemental Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b), in the above-captioned matter. In support of this motion, the government represents as follows:

1.    The government filed it's original 404(b) motion on August 26, 2005, but had been unable to secure the underlying case file for defendant Larnell Seeney's 1994 conviction for attempted possession of cocaine. That file, along with thousands of other criminal files are stored off-site.

2.    The undersigned requested the closed file since August 16, 2005, but did not receive the closed file until September 16, 2005.

3.    The government's opposition is straightforward, and not complex. It does not raise any new issues or legal concepts. The defendant is aware of his prior conviction and the

circumstances surrounding his arrest.  Indeed, current counsel is the same attorney who

represented defendant Seeney in that 1994 case.   Therefore, the defendant would not be

prejudiced by granting the Government's motion for leave to file.

     4.  On September 19, 2005, the undersigned left a voicemail message with defense

counsel's office concerning the instant motion.  The government does not know whether defense

will oppose this motion.

     WHEREFORE, the government respectfully requests that the Court grant its Motion

Supplemental Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence

404(b) .

                     Respectfully submitted,


                     KENNETH L. WAINSTEIN
                     UNITED STATES ATTORNEY


                     _____

                     Lionel André
                     Assistant United States Attorney
                     D.C. Bar Number 422534
                     Narcotics Section
                     555 4th Street, N.W. – Room 4846
                     Washington, D.C. 20001
                     (202) 353-2481