UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 05-256 (RWR)** |
| : | |
| **LARNELL SEENEY,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**ORDER**

Upon the Court's review of the Government's Motion Supplemental Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b), and upon finding good cause shown, it is, hereby

ORDERED that the government's motion is granted and Government's Motion Supplemental Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b) may be filed by September 20, 2005.

Date: _____         _____
                               RICHARD W. ROBERTS
                               UNITED STATES DISTRICT JUDGE

copies to:

Lionel Andre
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C., 20530

Harry Tun, Esquire
400 Fifth Street, N.W., Suite 300
Washington, DC  20001