IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 05-256 (RWR) |
| v. | ) | |
| | ) | Court Date: 2/14/2006 |
| LARNELL SEENEY | ) | |

### DEFENDANT SEENEY'S UNOPPOSED MOTION FOR AN ORDER TRANFERRING HIM TO THE CENTRAL TREATMENT FACILITY (CTF)

Defendant Larnell Seeney ("Seeney"), by and through undersigned counsel, respectfully requests the Honorable Court to issue an Order transfering him to the Central Treatment Facility (CTF) as soon as possible. In support of this Motion, Mr. Seeney states as follows:

1. Mr. Seeney is scheduled for trial on February 14, 2006.

2. Mr. Seeney is and has been incarcerated in the D.C. Jail, since his arrest on June 7, 2005.

3. Mr. Seeney is in need of a drug program.

4. The Central Treatment Facility (CTF) has an in-house drug program for inmates.

5. The government is unopposed to this request.

WHEREFORE, for all the foregoing reasons, and for any other reasons this Court may deem just and proper, Mr. Seeney respectfully requests that this motion be granted and that he be transferred to Central Treatment Facility (CTF) as soon as possible. A proposed Order is attached.

Respectfully Submitted,

_____
Harry Tun, DC Bar #416262
Daniel K. Dorsey, DC Bar #430057
400 Fifth Street, N.W., Suite 300
Washington, DC 20001
(202) 393-2882

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of November 2005, a copy of the foregoing Motion to be delivered by electronic e-mail to Lionel Andre, Assistant United States Attorney, Narcotics Section, 555 Fourth Street, N.W. #4210, Washington, D.C. 20530.

                                                                          _____
                                                                          Harry Tun, Esquire