IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-256 (RWR) |
| v. ) | |
| ) | Next Court Date: 2/14/2006 |
| LARNELL SEENEY ) | |

## ORDER

Upon consideration of Defendant Larnell Seeney's unopposed Motion to be transferred to the Central Treatment Facility (CTF), and there being no opposition thereto, it is on this _____ day of_____ 2005, hereby

**ORDERED**, that the Defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that Defendant shall be transferred to the Central Treatment Facility (CTF) immediately and shall be housed in the dame facility until further Order from this Court.

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Harry Tun, Esq.
Daniel K. Dorsey, Esq.
400 Fifth Street, NW
Suite 300B
Washington, DC  20001

Lionel Andre, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20530