# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | Criminal No. 05-256 (RWR) |
| v.  ) | |
| ) | Next Court Date: 2/14/2006 |
| LARNELL SEENEY  ) | |

## ORDER

Upon consideration of Defendant Larnell Seeney's unopposed Motion to be transferred to the Central Treatment Facility (CTF), and there being no opposition thereto, it is

on this 15th day of December, 2005, hereby DENIED, b+ I recommend that the Department of Corrections evaluate the defendant for substance dependency and provide housing and treatment accordingly.

ORDERED, that the Defendant's Motion is ~~GRANTED; and it is further~~

~~ORDERED, that Defendant shall be transferred to the Central Treatment Facility (CTF)~~ ~~immediately and shall be housed in the same facility until further Order from this Court.~~

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to:

Harry Tun; Esq.
Daniel K. Dorsey, Esq.
400 Fifth Street, NW
Suite 300B
Washington, DC '20001

Lionel Andre, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530

