UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 05-256 (RWR)** |
| : | |
| **LARNELL E. SEENEY,** : | |
| : | |
| Defendant. : | |
| _____ : | |

**CONSENT MOTION TO CONVERT TRIAL DATE TO STATUS DATE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to convert the February 28, 2006 trial date currently scheduled in this matter to a status date. As grounds for this motion, the United States asserts as follows:

1. The government and the defendant have reached a plea agreement in this case. (A copy of the plea paperwork is attached hereto.) However, due to the scheduling conflicts, the parties have not been able to schedule a mutually convenient time to appear before the Court for the purposes of taking the plea. Accordingly, the government requests that the current trial date of February 28, 2006 be converted to a status date so that defendant has the opportunity to enter his plea on that date and so that the government does not unnecessarily expend resources bringing witnesses on the current trial date.

2. The undersigned has contacted defense counsel, Harry Tun, who stated that he consents to this motion.

WHEREFORE, the United States requests that this motion be granted.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney


_____
    Denise M. Clark
    Assistant United States Attorney
    Federal Major Crimes Section
    United States Attorney's Office
     For the District of Columbia
    555 Fourth St., N.W.
    Washington, D.C. 20530
    (202) 353-8213