UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | : | |
| v. | : | CRIMINAL NO. 05-256 (RWR) |
| | : | |
| **LARNELL E. SEENEY,** | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER

This matter comes before the Court on motion of the United States to convert the currently scheduled trial date of February 28, 2006 to a status date. Upon consideration of the Government's motion, and there being no opposition from the defense, it is, this _____ day of February, 2006,

**ORDERED** that the motion be and hereby is GRANTED.

**SO ORDERED**.

_____
RICHARD W. ROBERTS
United States District Judge

Copies to:

AUSA Denise M. Clark
555 4th Street, N.W.  #4840
Washington, DC 20530

Harry Tun, Esq.
400 5th Street, N.W.
Suite 300
Washington, D.C. 20001