UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v.                                    CRIMINAL NO. 05-256 (RWR)

LARNELL E. SEENEY,

Defendant.

FILED

FEB 23 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

This matter comes before the Court on motion of the United States to convert the currently scheduled trial date of February 28, 2006 to a ~~status date~~ Rule 11 proceeding. Upon consideration of the Government's motion, and there being no opposition from the defense, it is, this 22nd day of February, 2006,

ORDERED that the motion be and hereby is GRANTED.

SO ORDERED.

_____
RICHARD W. ROBERTS
United States District Judge