UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number:  **05-256 (RWR)** |
|  | : |  |
| v. | : | VIOLATIONS:  18 U.S.C. §924(c)(1) |
|  | : | (Using, Carrying and Possessing a Firearm |
| **LARNELL E. SEENEY,** | : | During a Drug Trafficking Offense); |
| Defendant. | : | 48 D.C. Code §904.01(a)(1) |
|  | : | (Possession With Intent to Distribute a |
|  | : | Controlled Substance) |

## SUPERCEDING INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about June 7, 2005, within the District of Columbia, **LARNELL E. SEENEY**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count 2 of this Superceding Information, which is incorporated herein, a firearm, that is, a Bryco Jennings 9 mm pistol.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT TWO

On or about June 7, 2005, within the District of Columbia, **LARNELL E. SEENEY**, did unlawfully, knowingly, and intentionally possess with intent to distribute a quantity of cocaine, a schedule II drug controlled substance.

(**Unlawful Possession With Intent to Distribute a Controlled Substance**, in violation of 48 D.C. Code, Section 904.01(a)(1))

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
Bar No. 451-058

By: _____
DENISE M. CLARK
D.C. Bar # 479149
Assistant United States Attorney
Federal Major Crimes Section
United States Attorneys Office
555 4th Street, N.W., Room 4840
Washington, D.C. 20530
(202) 353-8213