UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-256 (RWR) |
| | : | |
| LARNELL SEENEY, | : | FILED |
| | : | FEB 28 2006 |
| Defendant. | : | NANCY MAYER-WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |

GOVERNMENT'S SUBMISSION TO THE COURT
IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Larnell Seeney, hereby submit the following in preparation for a plea hearing in the instant case.

I.  ELEMENTS OF THE OFFENSES

The essential elements of the offense of Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense, 18 U.S.C., Section 924(c)(1) are as follows:

1. That the defendant carried, used or possessed a firearm; and

2. That he carried, used or possessed the firearm during and in relation to a drug trafficking offense charged in Count 2 of the Superceding Information or possessed the firearm in furtherance of a drug trafficking offense.

The essential elements of the offense of Possession With Intent to Distribute Cocaine, D.C. Code Section 48-904.01 are as follows:

1. That the defendant possessed a controlled substance.

    2.    That the defendant possessed the controlled substance knowingly and intentionally.

    3.    That when the defendant possessed the controlled substance he had the specific intent to distribute it.

    4.    That the material defendant possessed was cocaine.

II.    COPY OF THE PLEA AGREEMENT

A copy of the plea agreement, not yet executed by the defendant, is attached.

III.    PENALTIES

Pursuant to 18 U.S.C. 924 (c)(1), the charge of Using, Carrying and Possessing a Firearm During Drug Trafficking carries the following penalties:

1. a maximum sentence of life imprisonment;
2. a mandatory minimum sentence of five years, [handwritten: to run consecutive to any other sentence] [initials: LES SMc]
3. a fine of up to $250,000; and
4. up to ~~three~~ [handwritten: five] years of supervised release. [initials: SMc LES]

Pursuant to D.C. Code, Section 48-904.01, the charge of Possession with Intent to Distribute Cocaine carries the following penalties:

1. a term in prison of not more than 30 years;
2. a fine of not more than $500,000;
3. a term of supervised release of not more than five years; and
4. between $100 and $5,000 to the Crime Victims Compensation Fund.

IV.    FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on June 7, 2005 at approximately 7:00 a.m., members of the ATF-HIDTA

Task Force executed a search warrant at 5818 5th Street, Northeast, Washington, D.C. Upon gaining entry to the residence, members observed defendant, Larnell Seeney, in the basement. The members then searched the house, including the only bedroom in the basement. In one of the closets in that bedroom, officers recovered shoe boxes containing 602.6 grams of cocaine hydrochloride, 74.3 grams of cocaine base, baking soda, drug packaging materials, and a scale. In a second bedroom closet, officers found $4,250 and a jean jacket in which there was plastic bags containing 7.4 grams of cocaine base, 52.4 grams of a heroin mixture, and 4.1 grams of cocaine hydrochloride. The officers recovered a water jug containing $1,320 and found identification cards and mail matter in defendant's name in the basement bedroom. In the duct work above the furnace/central air conditioning unit in the basement laundry room, officers recovered a Bryco Arms, model Jennings 9 mm semi-automatic pistol loaded with six rounds of 9 mm ammunition. The officers also found a plastic bag containing $8,000 in the basement laundry room.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

DENISE M. CLARK
Assistant United States Attorney
D.C. Bar No. 479149
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4840
Washington, D.C. 20530
202-353-8213

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Harry Tun and Daniel Dorsey, Esquires. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 2-28-06

*[signature]*
LARNELL SEENEY
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 2/28/06

*[signature]*
HARRY TUN, ESQUIRE
DANIEL DORSEY, ESQUIRE
Attorney for Defendant