HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: CR-05-0256 |
|---|---|---|
| vs. | : | |
| Seeney, Larnell | : | Disclosure Date: April 10, 2006 |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( ✓ )  There are no material/factual inaccuracies therein.

(  )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    4/13/06
Prosecuting Attorney                          Date

### For the Defendant

(CHECK APPROPRIATE BOX)

(  )  There are no material/factual inaccuracies therein.

(  )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

| Defendant | Date | Defense Counsel | Date |
|---|---|---|---|

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 24, 2006**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer